IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02061-WYD-MJW

DARCY PARMER,

Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion to Allow Filing of First Amended Complaint (Docket No. 24) is granted. Therefore, the tendered First Amended Complaint (Docket No. 23) is accepted for filing as of the date of this Minute Order. It is further

    ORDERED that plaintiff shall hereinafter put the correct Civil Action Number on all filings in this case (07-cv-02061-WYD-MJW) and shall put the filer's signature in proper form on all filed documents requiring a signature (see this district's Electronic Case Filing Procedures (Civil Cases) Version 3.0, § V(C)(1)). The court further notes that this court does not permit pro hac vice admissions/appearances.

Date: February 15, 2008