IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02061-WYD-MJW

DARCY PARMER,

Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Modify Discovery Timeline, DN 32, filed with the Court on March 3, 2008, is GRANTED and the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Expert Witness Disclosure Plaintiff: | April 3, 2008 |
| Expert Witness Disclosure Defendant: | May 5, 2008 |
| Rebuttal Experts: | June 2, 2008 |
| Interrogatories/RFPs/RFAs must be served no later than: | June 16, 2008 |
| Depositions completed by: | July 21, 2008 |
| Discovery Cut-off Date: | July 16, 2008 |

Date: March 4, 2008