IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02061-WYD-MJW

DARCY PARMER,

Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Unopposed Motion to Modify Discovery Timeline (Docket No. 41) is GRANTED, and the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Interrogatories/RFPs/RFAs must be served no later than: | Sept. 15, 2008 |
| Depositions completed by: | Oct. 15, 2008 |
| Discovery Cut-off Date: | Oct. 15, 2008 |
| Dispositive Motion Deadline | Nov. 15, 2008 |

It is further ORDERED that the Final Pretrial Conference set for September 23, 2008, at 8:30 a.m. is vacated and reset to January 22, 2009, at 9:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) business days before the Final Pretrial Conference. It is further

ORDERED that the above deadlines will not be further extended absent extraordinary cause, which will NOT include counsel's vacations and workload.

Date: July 7, 2008