IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02061-WYD-MJW

DARCY PARMER,

   Plaintiff,

v.

WELLS FARGO & COMPANY,
WELLS FARGO BANK, NA,
and WELLS FARGO HOME MORTGAGE,

   Defendants.

---

## ORDER GRANTING DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER (Docket No. 45)

---

Defendants Wells Fargo & Company, Wells Fargo Bank, NA, and Wells Fargo Home Mortgage Motion To Amend Scheduling Order coming before the Court, and the Court being fully apprised, it is hereby:

ORDERED that the motion (D.N. 45) is Granted and the Discovery Cut-Off is extended to Friday, November 14, 2008.

ORDERED that the Dispositive Motion Deadline is extended to Monday, December 15, 2008.

BY THE COURT:

September 24, 2008

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO