IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02061-CMA-MJW

DARCY PARMER,

Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

Defendants.

## MINUTE ORDER

    It is hereby ORDERED that Defendants' Motion for Protective Order to Prevent the Deposition of Kevin McCabe (docket no. 50) is GRANTED. Plaintiff has failed to file any timely response to this motion (docket no. 50) and therefore this court deems the motion confessed. Moreover, based upon the affidavit by Kevin McCabe and Notice of Errata (docket no. 51) and for those reasons as outlined in this motion (docket no. 50) the motion (docket no. 50) should be granted. Plaintiff may not take the deposition of Kevin McCabe.

Date:  December 3, 2008