IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02061-CMA-MJW

DARCY PARMER,

Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Reconsideration (docket no. 58) is **DENIED**. This court's Minute Order of December 3, 2008 (docket no. 57), remains in full force and effect. The parties should be aware of D.C.COLO.CivR 77.1. In pertinent part, it states: "**This court's business hours are from 8:00 a.m. to 5:00 p.m. (Mountain Time) Monday through Friday. All pleadings, motions, briefs, and other papers shall be filed not later than 5:00 p.m. (Mountain Time) on the day required.**" Furthermore, common sense dictates that a court rules on outstanding motions during normal business hours as listed above, and Plaintiff's Opposition to Defendants' Motion for Protective Order to Prevent the Deposition of Kevin McCabe (docket no. 55) was filed with this court at 8:29 p.m. on December 1, 2008. Accordingly, the Opposition (docket no. 55) remains untimely per D.C.COLO.CivR 77.1.

In any event, this court has considered the motion for protective order (docket no. 50) and the Opposition (docket no. 55) and still finds, as found in this court's Minute Order of December 3, 2008 (docket no. 57), that based upon the affidavit by Kevin McCabe and Notice of Errata (docket no. 51) and for those reasons as outlined in the motion (docket no. 50), the motion (docket no. 50) should be granted. Plaintiff may not take the deposition of Kevin McCabe.

Date:   December 5, 2008