IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02061-CMA-MJW

DARCY PARMER,

    Plaintiff,

v.

WELLS FARGO & COMPANY,
WELLS FARGO BANK, NA, and
WELLS FARGO HOME MORTGAGE,

    Defendants.

**AMENDED ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO RESPOND**

This matter is before the Court *sua sponte*. The Court's Order (Doc. # 75) granting Defendants' Unopposed Motion for Extension of Time to File Response In Opposition to Plaintiff's Objections to Minute Orders of Magistrate Judge Watanabe is amended as follows: "Defendants shall have to and including January 19, 2009 within which to file <u>a response to Plaintiff's Objections to Minute Order of Magistrate Judge (Doc. # 69)</u>."

DATED: January __12__, 2009

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge