IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-02061-CMA-MJW

DARCY PARMER,

    Plaintiff,

v.

WELLS FARGO & COMPANY,
WELLS FARGO BANK, NA, and
WELLS FARGO HOME MORTGAGE,

    Defendants.

## ORDER TO CLARIFY

This matter is before the Court on Defendants' Unopposed Motion for Clarification (Doc. # 77). The motion is hereby GRANTED.

The original Unopposed Motion for Extension of Time (Doc. # 74) filed by Defendants requested this Court to grant an extension of time "to file their response in opposition to Plaintiff's Documents Numbers 69 and 69 [sic]."

In its Amended Order (Doc. # 76), the Court granted that motion. Based on the new motion (Doc. # 77), the Court now understands that this was apparently a typgraphical error in Defendants' original motion, and the Court hereby GRANTS Defendants' Unopposed Motion for Extension of Time To File Response In Opposition To Plaintiff's Objections to Minute Orders of Magistrate Judge Watanabe. Defendants

shall have to and including January 19, 2009 within which to file their response in opposition to Plaintiff's Documents 68 and 69.

DATED: January  13 , 2009         BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge