IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02061-CMA-MJW

DARCY PARMER,

Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Joint Motion to Amend Scheduling Order (Docket No. 79) is granted to the extent that the Final Pretrial Conference set for January 22, 2009, at 9:00 a.m. is **vacated and reset** to April 2, 2009, at 9:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than five (5) business days before the Final Pretrial Conference.

Date:  January 21, 2009