IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02061-CMA-MJW

DARCY PARMER,

Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Joint Motion to Vacate the Final Pretrial Conference Scheduled for April 2, 2009, (DN 93), is GRANTED. The Final Pretrial Conference set on April 2, 2009, at 9:00 a.m., is VACATED and RESET on June 29, 2009, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that the parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe five (5) days prior to the Final Pretrial Conference consistent with the Local Rules of Practice for electronic case filing. In addition, a proposed Final Pretrial Order in WordPerfect format shall be submitted by e-mail to Watanabe_chambers@cod.uscourts.gov. as an attachment to the e-mail.

Date: April 1, 2009